ACCEPTED
04-15-00118-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
3/16/2015 11:43:08 AM
KEITH HOTTLE
CLERK

# BAKER BOTTS L.L.P.

ONE SHELL PLAZA
910 LOUISIANA
HOUSTON, TEXAS
77002-4995

TEL +1 713.229.1234
FAX +1 713.229.1522
BakerBotts.com

AUSTIN
BEIJING
BRUSSELS
DALLAS
DUBAI
HONG KONG
**HOUSTON**

LONDON
MOSCOW
NEW YORK
PALO ALTO
RIO DE JANEIRO
RIYADH
WASHINGTON

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

03/16/2015 11:43:08 AM

KEITH E. HOTTLE
Clerk

March 16, 2015

Macey Reasoner Stokes
TEL +1 713.229.1369
FAX +1 713.229.7869
macey.stokes@bakerbotts.com

**VIA ELECTRONIC MAIL**

080424.0131

Hon. Keith E. Hottle
Clerk of the Court
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

> Re: *Shirley Adams, Charlene Burgess, Willie Mae Herbst Jasik, William Albert Herbst, Helen Herbst and R. May Oil & Gas Company, Ltd. vs. Murphy Exploration & Production Co. USA, A Delaware Corporation*, No. 04-15-00118-CV in the Court of Appeals for the Fourth Judicial District of Texas at San Antonio

Dear Mr. Hottle:

Pursuant to Texas Rules of Appellate Procedure 6.1(c) and 6.2, Appellee Murphy Exploration & Production Co. USA files this notice of designation of lead counsel. Lead counsel on appeal for Appellee is Macey Reasoner Stokes. Her contact information is as follows:

> Macey Reasoner Stokes
> State Bar No. 00788253
> Baker Botts L.L.P.
> 910 Louisiana Street
> One Shell Plaza
> Houston, Texas 77002
> 713.229.1369
> 713.229.7869 (Facsimile)
> macey.stokes@bakerbotts.com

Active 18177908.1

Bill Kroger and Jason Newman are additional counsel for Appellee and should continue to receive notices from the Court. Their contact information is as follows:

William Karl Kroger
State Bar No. 11729900
Baker Botts L.L.P.
910 Louisiana Street
One Shell Plaza
Houston, Texas 77002
713.229.1736
713.229.2836 (Facsimile)
bill.kroger@bakerbotts.com

Jason Allen Newman
State Bar No. 24048689
Baker Botts L.L.P.
910 Louisiana Street
One Shell Plaza
Houston, Texas 77002
713.229.1720
713.229.2720 (Facsimile)
jason.newman@bakerbotts.com

Thank you for your attention to this matter.

Very truly ours,

Macey Reasoner Stokes

cc:     John B. McFarland
        Mary A. Keeney
        Graves, Dougherty, Hearon & Moody, P.C.
        401 Congress Avenue, Suite 2200
        Austin, Texas 78701
        (*by e-mail*)